500 P.2d 1303

Frankie RAMIREZ, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9555.

Supreme Court of New Mexico.

Sept. 26, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied. 84 N. M. 166, 500 P.2d 451.

500 P.2d 1303

Robert L. STRYKER and Stryker Realty, Inc., Petitioners,

v.

BARBER'S SUPER MARKETS, INC., a New Mexico Corporation, Respondent.

No. 9525.

Supreme Court of New Mexico.

Aug. 4, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 763, 84 N.M. 181, 500 P.2d 1304 be and the same is hereby returned to the Clerk of the Court of Appeals.

500 P.2d 1303

ALBUQUERQUE–BERNALILLO COUNTY ECONOMIC OPPORTUNITY BOARD, and Firemans Fund American Insurance Companies, Petitioners,

v.

Hermelo C. GURULE, Sr., Respondent.

No. 9533.

Supreme Court of New Mexico.

Aug. 24, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 812, 84 N.M. 196, 500 P.2d 1319 be and the same is hereby returned to the Clerk of the Court of Appeals.